FILED

Name: ~~Denzell Murray~~ Jason-Hailey; Bobsen
Address: 859 Barrington Ct
Marietta, GA 30066
Phone: 404-216-5594

Plaintiff In Pro Per

2023 OCT 25 PM 3:08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jason Bobson,

PLAINTIFF,

vs.

LOAN CARE

DEFENDANT(S).

Case No.: **CV23-9011-JAK(JCx)**
(To be supplied by the Clerk)

COMPLAINT FOR:
Damages, Violation of Privacy

Jury Trial Demanded

## I. JURISDICTION

1. This Court has jurisdiction under the U.S Government

## II. VENUE

2. Venue is proper pursuant to _All appliccable_

## III. PARTIES

3. Plaintiff's name is _Jason Bobsin_. Plaintiff resides at: _13600 Sylvan Street Van Nuys CA_

4. Defendant _Loan Care_

5. Defendant _____

Pro Se Clinic Form                              Page Number

1  ___. Defendant _____
2  *Insert ¶ #*
3  _____
4  _____
5  _____
6  _____
7
8  ___. Defendant _____
9  *Insert ¶ #*
10 _____
11 _____
12 _____
13 _____
14
15 ___. Defendant _____
16 *Insert ¶ #*
17 _____
18 _____
19 _____
20 _____
21
22 ___. Defendant _____
23 *Insert ¶ #*
24 _____
25 _____
26 _____
27 _____
28

Pro Se Clinic Form                                   *Page Number*

## IV. STATEMENT OF FACTS

Insert ¶ # 1: they are guilty of fraud

Insert ¶ #: they violated privacy

Insert ¶ #: Breach of contract

Pro Se Clinic Form                    Page Number

Pro Se Clinic Form

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

*Page Number*

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( Fraud )
*insert title of cause of action*

(As against Defendant(s):  Loan Care

*Insert ¶ #*

_____

*Insert ¶ #*

_____

*Insert ¶ #*

_____

Pro Se Clinic Form                            *Page Number*

## SECOND CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____
_____ )

*Insert ¶ #*

_____

_Insert ¶ #_

_____

_Insert ¶ #_

_____

Pro Se Clinic Form                        *Page Number*

## THIRD CAUSE OF ACTION

( _____ )
*insert title of cause of action*

(As against Defendant(s): _____ )

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form                              *Page Number*

## FOURTH CAUSE OF ACTION

( _____ )
*insert title of cause of action*

(As against Defendant(s): _____ )

_Insert ¶ #_ _____

_Insert ¶ #_ _____

_Insert ¶ #_ _____

Pro Se Clinic Form                    *Page Number*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*Insert ¶ #* 10 million dollars

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form                                                                 *Page Number*

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 10/25/23

Sign: _____

Print Name: Darrell Murray

Plaintiff in pro per